1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID B. JOHNSON,

11             Plaintiff,                    No. CIV S-07-2002 FCD EFB P

12        vs.

13   R. J. SUBIA, et al.,

14             Defendants.              ORDER

15   _____/

16        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17   U.S.C. § 1983.[1]   He previously filed a form consenting to proceed with this case before the

18   assigned magistrate judge.  He has since filed a request to withdraw that consent.  Whether a

19   party may withdraw consent after having filed a written consent is unclear.  However, it is also

20   not yet clear whether this action will proceed at all.  That will be determined pursuant to a

21   review of the complaint under the screening procedures required by 28 U.S.C. § 1915A.

22   Accordingly, plaintiff's request to withdraw his consent is premature.

23   ////

24

25        [1]  The action currently is pending before the undersigned because pursuant to Local Rule
     72-302 and 28 U.S.C. § 636(b)(1), which refers to magistrate judges all proceedings in cases
26   filed by prisoners challenging the conditions of their confinement.

1

1    Accordingly, it hereby is ORDERED that plaintiff's January 15, 2008, request to

2  withdraw consent is denied as premature.

3  Dated:  April 9, 2008.

4

5  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26