# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| DAVID B. JOHNSON, | 2:07-CV-02002-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| R.J. SUBIA, et al., | |
| Defendants. | |

The Court having conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 of the proceedings resulting in the entry of the Order & Findings and Recommendations of the Honorable George W. Foley, Jr., United States Magistrate Judge (Doc. #19), and there having been no objections filed thereto by either party, and the Court having received a request of Plaintiff to proceed with this action (Doc. #21) filed May 18, 2009, and good cause appearing,

**IT IS ORDERED that** the Order & Findings and Recommendations of the Honorable George W. Foley, Jr., United States Magistrate Judge (Doc. #19) are AFFIRMED.

///

**IT IS FURTHER ORDERED that** this action shall proceed upon the retaliation claim set forth in Plaintiff's Third Amended Complaint (Doc. #16) against Defendants Campbell and Heise.

**IT IS FURTHER ORDERED that** Plaintiff Johnson's Third Amended Complaint (Doc. #16) against Defendant Williams is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

DATED: May 27, 2009.

PHILIP M. PRO
United States District Judge