# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. JOHNSON,

        Plaintiff,

vs.

R.J. SUBIA, *et al.*,

        Defendants.

Case No. 2:07-cv-02002-PMP-GWF

**ORDER**

Motion for Default (Dkt. #25) and Motion for 30 Day Extension (Dkt. #27)

    This matter is before the Court on Plaintiff's Motion for Default (Dkt. #25), filed June 21, 2009, and Defendants' Motion for 30 Day Extension of Time to Respond to Plaintiff's Complaint (Dkt. #27), filed September 14, 2009.

    On August 14, 2009, Plaintiff filed a Notice of Interlocutory Appeal to the Ninth Circuit Court of Appeals (Dkt. #26), informing the Court that Plaintiff was appealing the Court's January 22, 2009 Order & Findings & Recommendations (Dkt. #19) and June 3, 2009 Order (Dkt. #24). Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Default (Dkt. #25) is **stayed** pending resolution of Plaintiff's Interlocutory Appeal by the Ninth Circuit.

    **IT IS FURTHER ORDERED** that Defendants' Motion for 30 Day Extension of Time to Respond to Plaintiff's Complaint (Dkt. #27) is **stayed** pending resolution of Plaintiff's Interlocutory Appeal by the Ninth Circuit.

    DATED this 22nd day of September, 2009.

                                              **GEORGE FOLEY, JR.**
                                              **United States Magistrate Judge**