# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. JOHNSON, | ) |
| Plaintiff, | ) Case No. 2:07-cv-02002-PMP-GWF |
| vs. | ) **ORDER** |
| R.J. SUBIA, *et al.*, | ) Request for Copies (Dkt. #34) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Request for Copies of all Pleadings in this Case (Dkt. #34), filed September 23, 2009.

Plaintiff states he never received a copy of a prior Court Order instructing Defendants to respond to Plaintiff's Third Amended Complaint and Plaintiff requests that the Court send him a file-stamped copy of all pleadings filed in this matter. It is unclear to the Court which Order the Plaintiff has not received. As a result, the Court will have the Clerk of the Court mail Plaintiff a copy of the relevant Orders and a copy of the Docket Sheet to ensure Plaintiff is aware of the specific pleadings and documents that have been filed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Copies of all Pleadings in this Case (Dkt. #34) is **granted in part and denied in part** as follows:

1. The Clerk of the Court shall prepare a copy of the relevant Court Orders (Dkt #19 and #24) and send it to Plaintiff at the current address on file for Plaintiff with the Court;

. . .

. . .

. . .

2.  The Clerk of the Court shall prepare a copy of the docket sheet regarding case 2:07-cv-02002-PMP-GWF and send it to Plaintiff at the current address on file for Plaintiff with the Court.

DATED this 29th day of September, 2009.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**