1
2
3
4

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. JOHNSON,                              )
                                               )
                          Plaintiff,           )   Case No. 2:07-cv-02002-PMP-GWF
                                               )
vs.                                            )   **ORDER**
                                               )
R.J. SUBIA, *et al.*,                          )   Motion for Default (Dkt. #25) and
                                               )   Motion for 30 Day Extension
                          Defendants.          )   (Dkt. #27)
_____)

    This matter is before the Court on Plaintiff's Motion for Default (Dkt. #25), filed June 21, 2009; Plaintiff's Motion to Withdraw the Motion for Default (Dkt. #33), filed September 21, 2009; Defendants' Motion for 30 Day Extension of Time to Respond to Plaintiff's Complaint (Dkt. #27), filed September 14, 2009; and Plaintiff's Non-Opposition to Defendants' Request for an Extension of Time (Dkt. #31), filed September 21, 2009.

    Having reviewed the pleadings in this matter, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Withdraw the Motion for Default (Dkt. #33) is **granted**.  The Clerk of the Court shall **withdraw** Plaintiff's Motion for Default (Dkt. #25).

    **IT IS FURTHER ORDERED** that Defendants' Motion for 30 Day Extension of Time to Respond to Plaintiff's Complaint (Dkt. #27) is **granted**.  Defendants shall have thirty (30) days from the date of this order to submit a response to Plaintiff's Complaint.

. . .

. . .

. . .

1 **IT IS FURTHER ORDERED** that the stay in this matter is **lifted**.

2 DATED this 26th day of October, 2009.

*George Foley Jr.*
_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**