1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. JOHNSON,                                   )
                                                    )
                          Plaintiff,                )        Case No. 2:07-cv-02002-PMP-GWF
                                                    )
vs.                                                 )        **ORDER**
                                                    )
R.J. SUBIA, *et al*.,                               )        Motion to Proceed (#44)
                                                    )
                          Defendants.               )
_____    )

        This matter is before the Court on Plaintiff's Motion of Court to Proceed (#44), filed July

6, 2010.  The Court finds Plaintiff has shown good cause to issue a discovery schedule in this

action.  Accordingly,

        **IT IS HEREBY ORDERED** that Plaintiff's Motion of Court to Proceed (#44) is

**granted**.  Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed

as follows:

    1.    Discovery requests shall be served by the parties pursuant to Fed.R.Civ.P. 5 and

          Local Rule 5-135 and shall only be filed when required by Local Rules 30-250(a),

          33-250(c), 34-250(c) and 36-250(c);

    2.    Responses to written discovery requests shall be due forty-five days after the

          request is first served;

    3.    Pursuant to Fed.R.Civ.P. 30(a), Defendants may depose Plaintiff and any other

          witness confined in a prison upon condition that, at least fourteen days before

          such a deposition, Defendants serve all parties with the notice required by

          Fed.R.Civ.P. 30(b)(1); and

4.     If disputes arise about the parties' obligations to respond to requests for discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 11-110, 43-142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern District of California; unless otherwise ordered, Local Rule 37-251 shall not apply.  Filing of a discovery motion that does not comply with all applicable rules may result in imposition of sanctions, including but not limited to denial of the motion.

5.     The parties may conduct discovery until **February 20, 2011**.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed.R.Civ.P. 31, 33, 34 or 36 shall be served not later than sixty (60) days prior to that date.

6.     All pretrial motions, except motions to compel discovery, shall be filed on or before **February 20, 2011.  The Court will not look with favor on requests for extensions of time.**

7.     Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED this 28th day of September, 2010.

GEORGE FOLEY, JR.
**United States Magistrate Judge**