# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID B. JOHNSON, | ) | |
| Plaintiff, | ) | Case No. 2:07-cv-02002-PMP-GWF |
| vs. | ) | **ORDER** |
| R.J. SUBIA, *et al.*, | ) | Motion to File Supplemental Motion to Dismiss (#49) |
| Defendants. | ) | |

This matter is before the Court on Defendants' Request for Leave to File a Supplemental Motion to Dismiss (#49), filed October 11, 2010.

Defendants request that the Court grant them leave to file a supplemental motion to dismiss. (#49). In its September 22, 2010 Order and Findings and Recommendations, the Court clarified Plaintiff's claims and found that Plaintiff had a retaliation claim based on the allegation that he was falsely charged with battery by defendants. (#45). The Court noted that this claim was not specifically identified in Plaintiff's Complaint or in the Court's screening order. (*Id.*) As a result, the Court finds good cause to grant Defendants leave to address this previously unidentified claim. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendants' Request for Leave to File a Supplemental Motion to Dismiss (#49) is **granted**. Defendants shall have until November 24, 2010 to file their supplemental motion to dismiss.

DATED this 26th day of October, 2010.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**