UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| DAVID B. JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>R.J. SUBIA, et al.,<br><br>        Defendants. | 2:07-CV-02002-PMP-GWF<br><br>**ORDER** |

       Before the Court for consideration is Defendants R.L. Heise, Jr., and C. Campbell's Motion to Dismiss (Doc. #41), filed on November 24, 2009. On September 22, 2010, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Report of Findings and Recommendations (Doc. #45) recommending that Defendants R.L. Heise, Jr., and C. Campbell's Motion to Dismiss (Doc. #41) should be granted in part and denied in part. On October 11, 2010, Defendants filed their Objections (Doc. #48).

       The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

///

///

///

**IT IS THEREFORE ORDERED that** Magistrate Judge Foley's Report of Findings and Recommendation (Doc. #45) is **Affirmed**.

**IT IS FURTHER ORDERED that** Defendants' Motion to Dismiss (Doc. #41) the retaliation claim against Defendant Campbell based on allegations that Campbell prevented Plaintiff from filing an administrative grievance be **GRANTED.**

**IT IS FURTHER ORDERED that** the Motion to Dismiss (Doc. #41) claim against Defendant Heise based on allegations that Heise destroyed Plaintiff's grievance is **DENIED**.

DATED: November 3, 2010.

_____
PHILIP M. PRO
United States District Judge