# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. JOHNSON,

                Plaintiff,        Case No. 2:07-cv-02002-PMP-GWF

vs.                                        **ORDER**

R.J. SUBIA, *et al.*,

                Defendants.

This matter is before the Court on Plaintiff's Declaration with Exhibits (#66), filed December 10, 2010.  The filing includes the details of settlement discussions between Plaintiff and Defendants.  (*Id.*)  The Court notifies Plaintiff that it is improper to file anything in the record that details the parties' attempt to negotiate a settlement.  Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk of the Court shall seal and strike Plaintiff's Declaration with Exhibits (#66).

      DATED this 22nd day of December, 2010.

                                                      **GEORGE FOLEY, JR.**
                                                       **United States Magistrate Judge**