# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| DAVID B. JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R.J. SUBIA, et al.,<br><br>　　　　Defendants. | 2:07-CV-02002-PMP-GWF<br><br>**ORDER** |

　　　　On December 23, 2010, the Court entered an Order (Doc. #69) granting Defendants' Motion to Dismiss and entering judgment in favor of Defendants and against Plaintiff Johnson (Doc. #70).

　　　　On January 3, 2011, Plaintiff Johnson filed a Notice of Appeal (Doc. #73).

　　　　On January 7, 2011, Plaintiff Johnson filed a Motion for Reconsideration (Doc. #76). On January 10, 2011, Plaintiff Johnson filed a Motion to Correct Judgment Pursuant to Rule 60 (Doc. #78). The same date, Plaintiff Johnson filed a Motion to Stay Appeal Pending Resolution Pending Filed Motions (Doc. #79).

　　　　Having read and considered the foregoing, the Court finds no good cause exists to warrant reconsideration or modification of this Court's judgment. Accordingly,

///

**IT IS ORDERED** that Plaintiff Johnson's Motion for Reconsideration (Doc. #76) and Motion to Correct Judgment Pursuant to Rule 60 (Doc. #78) are DENIED.

**IT IS FURTHER ORDERED** that Plaintiff Johnson's Motion to Stay Appeal (Doc. #79) is DENIED and the appeal currently pending before the United States Court of Appeals for the Ninth Circuit may proceed as directed by that Court.

DATED: March 17, 2011.

_____
PHILIP M. PRO
United States District Judge